UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| CHRISTOPHER PETERSON,<br>Plaintiff,<br>-v-<br>I.N.D.Y. SUNGLASSES LLC,<br>Defendant. | 26-cv-7262 (JSR)<br>ORDER |

JED S. RAKOFF, U.S.D.J.:

Plaintiff represents that the parties have reached a settlement in principle and requests that this action be dismissed with prejudice with the right to reopen in thirty (30) days if the settlement agreement is not consummated.

IT IS HEREBY ORDERED that this case is dismissed with prejudice with the right of any party to move to reopen in thirty (30) days from today.

New York, NY
10/8, 2026

JED S. RAKOFF, U.S.D.J.